LEONORA ROMANO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. LOUISE MAGLIO, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 41 *N. J. Super.* 561.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Durand, Ivins & Carton* for the petitioners.

*Messrs. Whiting, Moore & Phillips* for the respondents.

November 19, 1956.

CITY OF ASBURY PARK, PETITIONER, v. STATE OF NEW JERSEY, *ET AL.*, RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 41 *N. J. Super.* 504.

*Mr. Sidney J. Meistrich* for the petitioner.

*Messrs. Patterson & Cooper* for the respondents.